**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **KATHRYN MARKS,** | § | |
| **Petitioner,** | § | |
| **v.** | § | |
| | § | **A-26-CV-487-DAE** |
| **TREVOR COLM,** | § | |
| **Respondent.** | § | |

**REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**
**TO APPOINT A GUARDIAN AD LITEM**

TO THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE:

Before the Court is the above-captioned matter. Judge Ezra referred this matter to the undersigned to conduct judicial mediation. Dkt. 40. The undersigned held a mediation with the parties on July 9, 2026. In the wake of this mediation, the undersigned **RECOMMENDS** that the District Judge **APPOINT** a Guardian Ad Litem to protect the well-being of the child pending a final evidentiary hearing in this matter. Specifically, the undersigned **RECOMMENDS** the following:

***Appointment***

The undersigned **RECOMMENDS** that **Michelle Fernald**, [3571 Far West Blvd. #92, Austin, TX, 78731; 512-979-5470; michelle@fernaldalc.com], be appointed as Guardian Ad Litem for E.R.C.M., the child subject of this suit, to serve as an extension, agent, and arm of this Court in protecting the safety and well-being of the child the subject of this suit with relation to issues of possession and access pending final evidentiary hearing on the petition for return of the child.

***Release of Information***

The undersigned **RECOMMENDS** the District Judge **ORDER** that any custodian of the child shall grant the Guardian Ad Litem immediate access to the child, and to any information relating to the child, and shall fully cooperate with the Guardian Ad Litem.

The undersigned **RECOMMENDS** the District Judge **ORDER** that the parents shall immediately provide their residential address to the Guardian Ad Litem and, in the event of relocation, shall notify the Guardian Ad Litem of their new address within 48 hours of relocation to a new residence.

The undersigned further **RECOMMENDS** the District Judge **ORDER** that the custodian of any relevant records relating to a child, including records regarding social services, law enforcement records, school records, records of a probate or court proceeding, and records of a trust or account for which the child is beneficiary, shall provide immediate access to the records to Guardian Ad Litem without requiring a further order or release.

The undersigned **RECOMMENDS** the District Judge **ORDER** that the custodian of a medical, mental health, or drug- or alcohol-treatment record of a child that is privileged or confidential under other law shall release the record to Guardian Ad Litem without requiring further order or release, except that a child's drug- or alcohol-treatment record that is confidential under 42 U.S.C. section 290dd-2 shall be released only as provided under applicable federal regulations.

The undersigned **RECOMMENDS** the District Judge **ORDER** KATHRYN MARKS and TREVOR COLM to sign any and all releases of information relative to the child or the parties in this case, as requested by the Guardian Ad Litem, within seven (7) days of the request.

***Duties and Obligations***

The undersigned **RECOMMENDS** the District Judge **ORDER** the Guardian Ad Litem to perform the following duties in this case with regard to the child subject of this suit:

1. within a reasonable time after the appointment, interview—
   a. the child in a developmentally appropriate manner, if the child is four years of age or older;
   b. each person who has significant knowledge of the child's history and condition including, but not limited to, therapists, educators, child welfare service providers, and any foster parent of the child; and
   c. the parties to the suit;
2. visit and inspect the residences of each parent;
3. encourage settlement and the use of alternative forms of dispute resolution;
4. perform any specific task directed by the Court;
5. review the medical and mental health care provided to the child;
6. investigate the facts of the case related to issues of visitation to the extent the Guardian Ad Litem considers appropriate;
7. provide to Judge Lane a written report regarding possession of and access to the child within 30 days of this Order and a subsequent report every 30 days thereafter, with each such report containing recommendations regarding issues of possession and access and the bases for those recommendations. The reports shall be filed as sealed documents with the clerk.
8. take any action consistent with the child's interests that the Guardian Ad Litem considers necessary to expedite the proceedings regarding interim issues of possession and access;
9. protect the confidentiality of all records provided to Guardian Ad Litem under this

order and not disclose any such records except as provided by further order of the Court or other law.

The undersigned **RECOMMENDS** the District Judge **ORDER** that the Guardian Ad Litem is expressly authorized to make recommendations regarding possession and access pending final evidentiary hearing on the petition for return of the child. The Guardian Ad Litem shall have an opportunity to testify regarding their reports submitted to Judge Lane and is permitted to submit a summary report regarding: 1) the Guardian Ad Litem's recommendations relating to possession and access by KATHRN MARKS pending a final evidentiary hearing; and 2) the bases for the Guardian Ad Litem's recommendations.

The undersigned further **RECOMMENDS** the District Judge **ORDER** the Guardian Ad Litem to provide copies of any and all Guardian Ad Litem's reports to the attorneys for the parties and *pro se* parties.

The Guardian Ad Litem shall have all the rights to—

1. receive a copy of each pleading or other paper filed with the Court in this case regarding interim orders for visitation;

2. receive notice of each hearing in the case regarding interim visitation;

3. attend all legal proceedings in the case regarding interim visitation, but the Guardian Ad Litem may not call or question a witness or otherwise provide legal services;

4. review and sign, or decline to sign, an agreed order affecting the visitation with the child pending a final evidentiary hearing;

5. explain the basis for the Guardian Ad Litem's opposition to the agreed order if a Guardian Ad Litem does not agree to the terms of a proposed order regarding interim visitation; and

6. attend court-ordered mediation regarding the child's case.

The Guardian Ad Litem shall be required to attend only those court hearings, mediations, and settlement conferences regarding issues of interim visitation pending a final evidentiary hearing on the petition for return of the child. The Court may compel the Guardian Ad Litem to attend a hearing and to testify as necessary for the proper disposition of the suit without the need for a subpoena.

***Payment of Guardian Ad Litem Fees***

The Court **FINDS** that the Guardian Ad Litem is entitled to reasonable compensation. **IT IS ORDERED** that Trevor Colm shall be responsible for the fees for the Guardian Ad Litem. Trevor Colm shall timely pay each invoice presented by the Guardian Ad Litem within seven days of receipt.

***Further Orders***

The Court reserves the right to make further orders regarding the Guardian Ad Litem duties and responsibilities, as well as payment of Guardian Ad Litem fees as deemed necessary by the Court.

SIGNED July 9, 2026.

MARK LANE
UNITED STATES MAGISTRATE JUDGE