**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Kathryn Marks,**<br>***Petitioner***<br>**v.**<br><br>**Trevor Colm,**<br>***Respondent***<br><br>**Michelle Fernald,**<br>***Guardian ad litem*** | **§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§**<br>**§** | **No. 1:26-cv-00487-DAE** |

**SCHEDULING ORDER**

On this date, this Magistrate Judge held a Scheduling Conference at which Petitioner, Respondent, and counsel for Respondent appeared.[1] The Court now enters this Scheduling Order to address all pretrial deadlines.

Proposed Findings of Fact and Conclusions of Law are due **Friday, October 16, 2026**.

**Pretrial Submissions**

Pursuant to Local Rule CV-16(f), the Court **ORDERS** both parties to serve and file the following information by the close of business **Friday, October 23, 2026**:

1. A list of stipulated facts.
2. An appropriate identification of each exhibit as specified in this rule (except those to be used for impeachment only), separately identifying those that the party expects to offer and those that the party may offer if the need arises.
3. The name and, if not previously provided, the address and telephone number of each witness (except those to be used for impeachment only), separately identifying those whom the party expects to present and those whom the party may call if the need arises.
4. An estimate of the probable length of trial.

[1] Guardian Ad Litem Michelle Fernald was excused for jury duty.

**Objections to Pretrial Submissions**

Pursuant to Local Rule CV-16(g), the Court **ORDERS** both parties to serve and file the following information by the close of business **Wednesday, November 4, 2026:**

1. A list disclosing any objection, together with the grounds therefor, that may be made to the admissibility of any exhibits. Objections not so disclosed, other than objections under Federal Rules of Evidence 402 and 403, shall be deemed waived unless excused by the court for good cause shown.

The Final Pretrial Conference remains set for **10 a.m. Monday, November 9, 2026** in Courtroom Six on the Sixth Floor of the United States Courthouse, 501 W. 5th Street, Austin, TX 78701. Dkt. 72.

**SIGNED** on September 30, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE